HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
ALBERTO BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15-cr-00075 LJO |
| *Plaintiff,* | ) ) ) | **STIPULATION TO CONTINUE DISPOSITION, ORDER THEREON** |
| vs. | ) ) | Date:  August 3, 2015 |
| ALBERTO BUSTAMANTE, | ) ) | Time:  8:30 a.m. |
| *Defendant.* | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL J. GRIFFIN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, ALBERTO BUSTAMANTE, that the date for disposition may be continued to **August 3, 2015, at 8:35 a.m.**, or the soonest date thereafter convenient to the court. Disposition is currently scheduled for June 29, 2015.

Defense counsel is scheduled to be out of the state on June 29, 2015, and the next date when the assigned United States Probation Officer and all parties will be available is August 3, 2015. The defense is requesting that this matter be continued to allow for the presence of undersigned defense counsel. Neither the government nor the probation office objects to this request.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C.§§

3161(h)(7)(A) and 3161(h)(7)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 23, 2015 | By: |
|  | /s/ *Daniel J. Griffin*<br>DANIEL J. GRIFFIN<br>Assistant U. S. Attorneys<br>Counsel for Plaintiff |
|  |  |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 23, 2015 | By:   */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Counsel for Defendant<br>ALBERTO BUSTAMANTE |

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  Hearing continued to August 3, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **June 25, 2015**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE